```
                                          FILED
                                          October 7, 2011
      UNITED STATES DISTRICT COURT        CLERK, US DISTRICT COURT
                                          EASTERN DISTRICT OF
                                          CALIFORNIA
   FOR THE EASTERN DISTRICT OF CALIFORNIA
                                          DEPUTY CLERK
```

UNITED STATES OF AMERICA,      )
                               )   CASE NUMBER: 2:11-mj-312 KJN
        Plaintiff,     )
v.                             )   ORDER FOR RELEASE
                               )   OF PERSON IN CUSTODY
HUNG NGUYEN,                   )
                               )
        Defendant.     )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release Hung Nguyen; Case 2:11-mj-312 KJN from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    \_    Release on Personal Recognizance

    \_    Bail Posted in the Sum of _____

    X    Unsecured Appearance Bond in the amount of $100,000.00, cosigned by Brian Nguyen, to be ~~replaced by a~~ secured in part by ~~bond secured by~~ all available equity in the real property owned by Brian Nguyen within three weeks.

    \_    Appearance Bond

    \_    Corporate Surety Bail Bond

    X    (Other) Pretrial Supervision/Conditions.

Issued at Sacramento, CA on 10/7/2011 at 2:45 p.m.

By /s/ Kendall J. Newman
Kendall J. Newman
United States Magistrate Judge