FILED
APR -3 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
HUNG CAO NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,               )  USDC CASE NO. 2:11-MJ-00312-KJN
                                        )
               Plaintiff,               )  DAD
                                        )  (~~PROPOSED~~) ORDER CONTINUING
                                        )  PRELIMINARY HEARING
       v.                               )
                                        )
NATHAN V. HOFFMAN, et al.,              )
                                        )
               Defendant.               )
                                        )

   Based upon the representations by counsel and the stipulation of the parties, IT IS HEREBY ORDERED that:

   1. The Court finds good cause to extend the Preliminary Hearing currently set for April 6, 2012, to May 18, 2012, at 2:00 p.m., before Magistrate Judge Gregory G. Hollows, pursuant to Federal Rule of Criminal Procedure 5.1(d):

   2. Based upon the above representations and stipulation of the parties, the Court further finds that the ends of justice outweigh the best interest of the public and each defendant in a speedy trial. Accordingly, time under the Speedy Trial Act shall be excluded through May 18, 2012, pursuant to §3161(h)(7)(A). The

Court further finds that this case is complex. Accordingly, time under the Speedy Trial Act shall be excluded through May 18, 2012, pursuant to 18 U.S.C. §3161(h)(7)(B)(ii).

4/3/12

_____
HONORABLE DALE A. DROZD
United States Magistrate Judge

Submitted by:

/s/
_____
DONALD M. RÉ
Attorney for Defendant
HUNG NGUYEN