DONALD M. RÉ, SBN 49079
A Professional Law Corporation
One Wilshire Building
624 S. Grand Avenue, 22nd Floor
Los Angeles, California 90017
Telephone: (213) 623-4234
Email: donaldmreplc@yahoo.com

Attorney for Defendant
HUNG CAO NGUYEN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | USDC CASE NO. 2:12-cr-0309-JAM |
| Plaintiff, | STIPULATION AND ORDER REGARDING MODIFICATION OF BOND |
| v. | |
| HUNG CAO NGUYEN, NATHAN V. HOFFMAN, et al., | |
| Defendants. | |

COME NOW the United States Attorney Benjamin B. Wagner, by and through Assistant United States Attorney Jason Hitt, and Hung Cao Nguyen, by and through his counsel of record Donald M. Ré, who hereby stipulate as follows:

1. That the conditions of the defendant Nguyen's bond shall be amended to release as security from the bond, the real property owned by Brian Nguyen, at 14141 Glitter Street, Westminster, California  92683, currently posted as security for the bond pursuant to the attached Deed of Trust;

2. That the Clerk of the United States District Court for the Eastern District of California, at Sacramento, shall issue a full reconveyance of such Deed of Trust to Brian Nguyen, a single man, and shall thereafter record the full reconveyance with the County Recorder of the County of Orange.

This Stipulation is occasioned by the following:

1. The defendant's brother, Brian Nguyen, who currently acts as co-signor on the bond, is desirous of refinancing the mortgage currently attached to the property at 14141 Glitter Street, Westminster, California 92683, and has requested that the attached Deed of Trust be removed from that property.

2. The defendant Hung Nguyen, at the time that he learned that a Criminal Complaint had been filed in this district, traveled from Los Angeles, California to Sacramento, <u>for the purpose of surrendering on that Complaint</u>.  He in fact did surrender on or about October 7, 2011, at which time a $100,000 unsecured appearance bond was executed by the defendant, and later secured in part by the real property in question.

3. Defendant Nguyen has made all court appearances required of him in this matter, and has maintained constant contact with his undersigned counsel.

**IT IS SO STIPULATED.**

Dated: February 25, 2013              /s/ Donald M. Ré
                                      JASON HITT
                                      Assistant U.S. Attorney
                                      Authorized to sign for
                                      AUSA JASON HITT


Dated: February 25, 2013              /s/ Donald M. Ré
                                      DONALD M. RÉ, ESQ.
                                      Counsel for Defendant
                                      HUNG NGUYEN


**ORDER**

IT IS SO ORDERED.

Dated: 2/26/2013                      /s/ John A. Mendez
                                      HONORABLE JOHN A. MENDEZ
                                      United States District Court Judge